# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN BALL                                )<br>4118 Stanley St., SE                          )<br>Washington, D.C. 20019                 )<br>                                                    )<br>                Plaintiff,    )<br>                                                    )<br>   vs.                                         )<br>                                                    )<br>UNITED STATES OF AMERICA       )<br>                                                    )<br>                                                    )<br>  *Serve:* Alberto R. Gonzales              )<br>        United States Attorney General   )<br>        U.S. Department of Justice          )<br>        950 Pennsylvania Avenue, NW   )<br>        Washington, DC 20530-0001       )<br>                                                    )<br>        Kenneth L. Wainstein                    )<br>        United States Attorney for the      )<br>          District of Columbia                     )    Case No.<br>        United States Attorney's Office     )<br>        555 4th Street, NW                         )<br>        Washington, DC 20530                  )<br>                                                    )<br>        Peter M. Kushner                           )<br>        Office of the General Counsel       )<br>        Architect of the Capitol                   )<br>        Ford House Office Building          )<br>        Room 265A                                   )<br>        2nd and D Street, SW                     )<br>        Washington, DC 20515                  )<br>                                                    )<br>- and -                                           )<br>                                                    )<br>RTKL D.C. ASSOCIATES, PC       )<br>1250 Connecticut Avenue, NW    )<br>Suite 400                                         )<br>Washington, D.C. 20036              )<br>                                                    )<br>  *Serve:* CT Corporation System       )<br>        1015 15th Street, NW                   )<br>        Suite 1000                                   ) | |

|  |  |
|---|---|
| Washington, DC 20005 | ) |
|  | ) |
| - and - | ) |
|  | ) |
| CENTEX CONSTRUCTION, LLC | ) |
| 3924 Pender Drive | ) |
| Fairfax, VA 22030 | ) |
|  | ) |
| *Serve:* Corporation Service Company | ) |
| 1090 Vermont Ave., N.W. | ) |
| Washington, DC 20005 | ) |
|  | ) |
| - and - | ) |
|  | ) |
| GILBANE BUILDING COMPANY | ) |
| 7 Jackson Walkway | ) |
| Providence, RI 02903 | ) |
|  | ) |
| *Serve:* CT Corporation System | ) |
| 1015 15th Street, NW | ) |
| Suite 1000 | ) |
| Washington, DC 20005 | ) |
|  | ) |
| Defendants. | ) |

## **COMPLAINT**

(Negligence)

## **INTRODUCTION**

1. This a civil action brought pursuant to 28 U.S.C. §§ 1346, 1367, 2671 *et seq.* seeking damages for Plaintiff's injury caused by the negligence of Defendants.

2. In addition, it is a civil action seeking damages against the Defendants for acts of negligence under common law.

## **JURISDICTION**

3. Jurisdiction exists in this case pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346(b). Plaintiff further invokes the supplemental jurisdiction of this court to adjudicate

pendent claims arising under the laws of the District of Columbia pursuant to 28 U.S.C. § 1367.

4. Venue of this court is proper as the incident occurred in the District of Columbia.

5. Defendant United States of America has been given notice of this claim pursuant to 28 U.S.C. § 2675, on or about March 31, 2005 with the filing of Plaintiff's Standard Form 95 to the Architect of the Capitol.

## PARTIES

6. Plaintiff, Stephen Ball, is a resident of the District of Columbia.

7. Defendant United States of America is the appropriate Defendant under the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671 *et seq.*

8. The Architect of the Capitol is the agency of Defendant United States of America responsible for the construction of the Capitol Visitors Center at the U.S. Capitol Building.

9. Defendant RTKL Associates, Inc. ("RTKL") is a corporation. At all times of the incident which gave rise to this action, Defendant RTKL was retained by the United States of America, Defendant Gilbane, or Defendant Centex to work on the construction of the Capitol Visitors Center at the U.S. Capitol Building. At all times relevant herein, this Defendant was acting within the course and scope of its agency for Defendant United States of America, its agencies, corporations, officers, or employees.

10. Defendant Centex Construction ("Centex") is a corporation. At all times of the incident which gave rise to this action, Defendant Centex was retained by the United States of America, Defendant RTKL, or Defendant Glibane to work on the construction of the Capitol Visitors Center at the U.S. Capitol Building. At all times relevant herein, this Defendant was acting within the course and scope of its agency for Defendant United States of America, its agencies, corporations, officers, or employees.

3

11.  Defendant Gilbane Building Co. ("Gilbane") is a corporation.  At all times of the incident which gave rise to this action, Defendant Gilbane was retained by the United States of America, Defendant RTKL, or Defendant Centex to work on the construction of the Capitol Visitors Center at the U.S. Capitol Building.  At all times relevant herein, this Defendant was acting within the course and scope of its agency for Defendant United States of America, its agencies, corporations, officers, or employees.

## STATEMENT OF FACTS

12.  On or about August 18, 2004, at approximately 7:40 a.m., Plaintiff was standing on a ladder, labeling cables in the ceiling in or around Room SB-1 of the U.S. Capitol Building, #1 First St., NW, Washington, D.C. 20510.

13.  On that same day and time, a rabid bat bit Plaintiff on the left hand.

14.  As a direct and proximate result of the incident, Plaintiff suffered bodily injuries and shock to his nervous system which have caused, and will continue to cause, physical and mental pain and suffering for the rest of his life.  Plaintiff has incurred, and will continue to incur, lost wages, as well as medical and related expenses.

16.  At all relevant times, Plaintiff was a business invitee of Defendants, providing electrical services for the construction of the Capitol Visitors Center project.

18.  At all relevant times, the United States of America through its agency, the Architect of the Capitol, Defendant RTKL, Defendant Centex, and Defendant Gilbane knew or should have known that bats were in and or around the Capitol Visitor Center construction site and posed a danger to workers, including Plaintiff.

19.  Nevertheless, Defendants failed to remove the bats, notify Plaintiff of the danger, and/or take any other action to eliminate the danger to Plaintiff.

## COUNT I
(Negligence)

20. Plaintiff incorporates by reference paragraphs 1-18 as if fully set forth herein.

21. At all times relevant herein, Defendant United States of America, Defendant RTKL, Defendant Centex, and Defendant Gilbane had a duty to warn all construction workers of or remedy any dangerous conditions existing at the Capitol Visitors Center construction site of which they knew or should have known, including the presence of rabid bats.

22. Notwithstanding said duties, Defendant United States of America, Defendant RTKL, Defendant Centex, and Defendant Gilbane, through its employees, officers, and/or agents, failed to warn Plaintiff or remedy the dangerous condition which proximately caused Plaintiff's injuries alleged herein.

23. As a direct and proximate result of Defendants negligence, Plaintiff was injured as described above.

24. The injury alleged herein occurred solely as a proximate result of Defendants' negligence without any contributory negligence on the part of Plaintiff.

WHRERFORE, the Plaintiff demands judgment against the Defendants, jointly and severally, in the full and just amount of One Million Dollars ($1,000,000.00) in compensatory damages and such other relief as the Court deems just and proper.

Date: January ___, 2006                                    RESPECTFULLY SUBMITTED,


_____
Craig D. Miller, DC Bar No. 459784
SIMEONE & MILLER
1717 K Street, NW
Suite 1000
Washington, DC 20036
(202) 628-3050
Attorneys for Plaintiff

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.


Date: January ____, 2006                                    RESPECTFULLY SUBMITTED,


_____
Craig D. Miller

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.