AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Stephen Ball

**SUMMONS IN A CIVIL CASE**

V.

United States, et al.

CASE NUMBER  1:06CV00059

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 01/13/2006

TO: (Name and address of Defendant)

United States of America
Serve: Kenneth L. Wainstein, United States Attorney for the District of Columbia
United States Attorney's Office, 555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Craig D. Miller, Esq.
Simeone & Miller
1717 K Street NW, Suite 1000
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JAN 13 2005
CLERK                                DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1-20-06 |
| NAME OF SERVER (PRINT) Dwayne Boston | TITLE PPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Loni Cox / Legal Assistant

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-20-06
Date

Signature of Server

Address of Server: 1522 K St NW Ste 200 WDC

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.