IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN BALL | : |
|     Plaintiff, | : Case No.1:06CV00059 |
| | : |
| | : Judge: Ricardo M./ Urbina |
| v. | : |
| | : Deck Type: Personal |
| | : Injury/Malpractice |
| UNITES STATES, et al. | : |
| | : |
| | : |
|     Defendants | : |

**ANSWER TO COMPLAINT BY CENTEX CONSTRUCTION, LLC**

COMES NOW the Defendant, Centex Construction, LLC, by and through its attorneys, Jeffrey T. Brown and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLC, and as its Answer to Plaintiff's Complaint herein, states as follows:

**FIRST DEFENSE**

Each and every claim of the Plaintiff as set forth in the Complaint filed herein fails to state a claim upon which relief can be granted.

**SECOND DEFENSE**

The Plaintiff's claims for damages, if any, are barred by the sole and/or contributory negligence of the Plaintiff herein.

**THIRD DEFENSE**

The Plaintiff's claims for damages, if any, are barred by the Plaintiff's assumption of the risk.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
-----
WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
____
2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

**FOURTH DEFENSE**

The Plaintiff's claims as set forth in the Complaint filed herein are barred in whole or in part by the applicable statute of limitations.

**FIFTH DEFENSE**

The damages complained of by the Plaintiff herein, if any, were caused by the negligence or actions of other individuals or entities over whom this Defendant had no control nor right of control at the time in question.

**SIXTH DEFENSE**

In response to the specific allegations set forth in the Plaintiffs' Complaint filed herein, Defendant, Centex Construction, LLC, states as follows:

i. This Defendant was not guilty as alleged.

ii. This Defendant was not negligent as alleged.

iii. This Defendant is not liable to the Plaintiff for the damages alleged.

iv. This Defendant specifically denies all allegations of negligence, malfeasance, nonfeasance and any other act of misconduct expressly or impliedly alleged in the Complaint filed herein.

v. This Defendant denies the averment of the execution of a written instrument, and demands strict proof thereof.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

vi.   This Defendant states that it is without sufficient knowledge, information or belief to admit or deny the remaining allegations of the Complaint, including those allegations of injuries and damages alleged and, therefore, denies the same demanding strict proof thereof.

vii.  Any allegations of the Plaintiff's Complaint filed herein which have not been specifically admitted are hereby generally denied.

### SEVENTH DEFENSE

Defendant, Centex Construction, LLC, reserves the right to raise additional defenses based upon facts which might be revealed through discovery.

WHEREFORE, all material allegations of the Complaint having been denied, Defendant, Centex Construction LLC, requests that judgment be entered in its favor with costs assessed against the Plaintiff.

Respectfully Submitted,

DeCARO, DORAN, SICILIANO,
 GALLAGHER & DeBLASIS, LLP

_____
Jeffrey T. Brown #421754
4601 Forbes Boulevard
Suite 200, Post Office Box 40
Lanham, Maryland 20703-0040
(301) 306-4300
**Counsel for Defendant Centex Construction, LLC**

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

**DEMAND FOR JURY TRIAL**

The Defendant, Centex Construction, LLC, respectfully demands a trial by jury of all matters and facts at issue herein.

_____
Jeffrey T. Brown

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of January, 2006, a copy of the foregoing Answer to Complaint of Centex Construction, LLC, was mailed, postage prepaid, to:

Craig D. Miller, D.C. Bar # 459784
SIMEONE & MILLER
1717 K. Street
Suite 1000
Washington, D.C. 20036
**Counsel for Plaintiff**

RTKL D.C. Associates
1250 Connecticut Avenue, NW
Suite 400
Washington, D.C. 20036

Gilbane Building Company
7 Jackson Walkway
Providence, Rhode Island 02903

_____
Jeffrey T. Brown

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548