IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN BALL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:06CV00059 (RMU) |
| ) | |
| UNITED STATES OF AMERICA, *et. al.* ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF PROOF OF SERVICE

Comes now Bonnie Miluso, affiant herein, and states as follows:

1. Affiant makes this affidavit based upon his personal knowledge and information.

2. Affiant is an adult over 18 years of age who maintains an address at Simeone & Miller, 1717 K Street, NW, Suite 1000, Washington, DC 20036.

3. Affiant caused a copy of the Complaint, Summons, and Initial Order in this case to be served upon Rice, 1090 Vermont Avenue, NW, Washington, DC 20005 on January 19, 2006, by certified mail, return-receipt requested, who represented that he/she is authorized to and did accept service on behalf of Corporation Services Company, a person/entity authorized to accept service on behalf of **Defendant Centex Construction**, in accordance with Rule 4 of the District of Columbia Superior Court Rules of Civil Procedure.

Dated: January 30, 2006                                    RESPECTFULLY SUBMITTED,

                                                            /s/ Bonnie Miluso
                                                            Bonnie Miluso

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Rice* ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>*Rice*   11/7/0C |
| 1. Article Addressed to:<br><br>Corpoartion Service Company<br>1090 Vermont Avenue, NW<br>Washington, DC 20005 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1160 0002 6703 9982 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

Bell / Centex Construction