

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Stephen Ball

**SUMMONS IN A CIVIL CASE**

V.

United States, et al.

CASE NUMBER  1:06CV00059

CASE    JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 01/13/2006

TO: (Name and address of Defendant)

United States of America
Serve:
Alberto R. Gonzales, United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Craig D. Miller, Esq.
Simeone & Miller
1717 K Street NW, Suite 1000
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      JAN 13 2005

CLERK                    DATE

_Maureen Higgins_

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 1-20-06 |
| NAME OF SERVER *(PRINT)* Dwayne Boston | TITLE | PPS |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left:   X Delvon Whitaire   GC II

G   Returned unexecuted: _____

_____

_____

G   Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1-20-06                    *Dwayne M. Bost*
                    Date                 *Signature of Server*

                    1522 K St NW Ste 200
                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.