IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

STEPHEN BALL,  :
       Plaintiff,  :
                                  :    Case No.: 1:06CV00059
v.                                    :    Judge Richard M. Urbina
                                      :    Personal Injury/Malpractice
UNITED STATES OF AMERICA, et al.,  :

       Defendants.  :

## DEFENDANT, RTKL ASSOCIATES, INC.'S ANSWER AND GROUNDS OF DEFENSE TO COMPLAINT

COMES NOW, the Defendant, RTKL Associates, Inc., by and through its Counsel, The Law Offices of Roger S. Mackey and Harry J. Carleton, Esq., and in Answer to the Complaint from Plaintiff filed in the above-referenced matter states as follows:

1. With respect to paragraphs 4, 5, 6, 7, 8, 9, 10, 11, 12, 13 and 16 of the Complaint, this Defendant states that it has insufficient information to either admit or deny the allegations contained therein. Therefore such allegations are denied and strict proof demanded thereof.

2. This Defendant denies the allegations contained in paragraphs 1, 2, 3, 14, 18, 19, 21, 22, 23 and 24 of the Complaint and demands strict proof thereof.

3. With respect to paragraph 20 of the Complaint, this Defendant reasserts its aforementioned responses as if specifically pled.

4.    This Defendant generally denies all allegations of negligence and/or wrongdoing.

ANY ALLEGATIONS not previously addressed are hereby denied.

This DEFENDANT reserves the right to assert the following defenses should further investigation or discovery disclose a basis therefore:

### FIRST DEFENSE

The Doctrine Of Assumption Of Risk

### SECOND DEFENSE

The Doctrine Of Contributory Negligence

### THIRD DEFENSE

That the cause of action plead by the Plaintiff in the Complaint fails to state a claim upon which relief can be granted.

### FOURTH DEFENSE

That the Plaintiff's injuries, if any, were caused by the negligence of a person not a party to this suit nor over whom this Defendant exercised any control.

### FIFTH DEFENSE

That the Plaintiff was not injured to the extent alleged in the Complaint.

### SIXTH DEFENSE

That this Defendant committed no acts of negligence or other violations of the standard of care.

### SEVENTH DEFENSE

Any negligence committed by this Defendant is not a proximate cause of the Plaintiff's injuries.

### EIGHTH DEFENSE

The Statute of Limitations

NINTH DEFENSE

The Doctrine of Comparative Negligence

TENTH DEFENSE

That this Defendant committed no acts of negligence or other violations of law.

ELEVENTH DEFENSE

The Doctrine of Consent

TWELFTH DEFENSE

The Doctrine of Justification

THIRTEENTH DEFENSE

The Doctrine of Collateral Estoppel

FOURTEENTH DEFENSE

The Doctrine of Res Judicata

FIFTEENTH DEFENSE

The Doctrine of Intervening Negligence

SIXTEENTH DEFENSE

Immunity.

SEVENTEENTH DEFENSE

Failure to meet a condition precedent to recovery.

EIGHTEENTH DEFENSE

Qualified Immunity

NINETEENTH DEFENSE

Intervening, Superceding Cause

TWENTIETH DEFENSE

Laches.

TWENTY FIRST DEFENSE

Lack of Notice.

This DEFENDANT reserves the right to rely on any other defenses that through further investigation or discovery may become known during the course of this action as well as reserve the right to delete any defenses previously raised herein or amend any responses to allegations made herein should further investigation or discovery demonstrate that there is no basis for such defense or response to such allegation.

WHEREFORE, the aforementioned premises considered, this Defendant respectfully requests that the Complaint be dismissed with prejudice, that costs be assessed and for further relief that this Court deems just.

> RTKL ASSOCIATES, INC.
> By Counsel

LAW OFFICES OF ROGER S. MACKEY

By: _____
Harry J. Carleton, Esquire
14008 Park East Circle
Chantilly, Virginia 20151
D.C. Bar No. 426964
(703) 818-6943
**Counsel for Defendant, RTKL Associates, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify a true copy of the foregoing **DEFENDANT, RTKL ASSOCIATES, INC.'S ANSWER AND GROUNDS OF DEFENSE TO COMPLAINT,** was mailed, postage prepaid, this ___8th___ day of February, 2006 to:

Craig D. Miller, Esquire
c/o Simeone & Miller
1717 K Street, NW, Suite 100
Washington, DC 20036
**Attorney for Plaintiff**
DC Bar #: 459784

Alberto R. Gonzales, Esquire
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
**Counsel for United States of America**

Kenneth L. Wainstein, Esquire
United States Attorney for the District of Columbia
United States Attorney's Office
555 4th Street, N.W.
Washington, DC 20530
**Counsel for United States of America**

Peter M. Kushner, Esquire
Office of the General Counsel
Architect of the Capitol
Ford House Office Building
Room 265A, 2nd and D Street, SW
Washington, DC 20515
**Counsel for United States of America**

Centex Construction, LLC
3924 Pender Drive
Fairfax, VA 22030
**Co-Defendant**

-6-

Gilbane Building Company
7 Jackson Walkway
Providence, RI 02903
**Co-Defendant**

Gilbane Building Company
CT Corporation System
1015 15th Street, NW, Suite 1000
Washington, DC 20005
**Co-Defendant**

_____
Harry J. Carleton, Esq.

Nn:060065/2-8-06 RTKL answer to complaint