UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN BALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-00059 (RMU) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Federal Defendant, the United States of America, by and through its attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to answer, move, or otherwise plead to plaintiff's complaint, until, Thursday, April 20, 2006. The answer is now due on Tuesday, March 21, 2006. This is the first request by Defendant for an extension. Counsel for the Plaintiff consents to the filing of this motion. Plaintiff has brought this action under the Federal Tort Claims Act.

Additional time is required to investigate the allegations contained in the complaint and to review of Plaintiff's administrative claim file.

This motion is not for purposes of delay but for good cause shown.

                        Respectfully submitted,

                        /s/

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

                        /s/

R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

                        /s/

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334