UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN BALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-0059 (RMU) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Federal Defendant, the United States of America, by and through its attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to answer, move, or otherwise plead to plaintiff's complaint, until, Monday, May 22, 2006. The answer is now due on Thursday, April 20, 2006. This is the second request by federal Defendant for an extension. Counsel for the Plaintiff consents to the filing of this motion. Plaintiff has brought this action under the Federal Tort Claims Act.

Additional time is required to investigate the relationship between the various private defendant contractors and the United States and to determine whether the United States is an additional insured on the defendant contractors' insurance policy as pertains to the relevant construction project and the allegations of this case.

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

/s/

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/

RUDOLPH CONTRERAS, D.C. BAR # 171538
Assistant United States Attorney

/s/

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334