UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN BALL,                            ) | |
| )  | |
| )  | |
| **Plaintiff,**                           ) | |
| )  | |
| v.                                        ) | |
| )  Civil Action No. 06-0059 (RMU) | |
| UNITED STATES OF AMERICA, et al.,         ) | |
| )  | |
| )  | |
| **Defendants.**                          ) | |

## CONSENT MOTION FOR AN ENLARGEMENT OF TIME
## TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

Federal Defendant, the United States of America, by and through its attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for a third enlargement of time within which to answer, move, or otherwise plead to plaintiff's complaint. Defendant's answer is due on Monday, May 22, 2006. There are no scheduled Court appearances to date. The Defendant is now requesting until Monday, June 12, 2006 to respond to the complaint. Counsel for the Plaintiff consents to the filing of this motion. Plaintiff has brought this action under the Federal Tort Claims Act.

Additional time is required to investigate the relationship between the various private defendant contractors and the United States and to determine whether the co-defendant contractors will assume the defense for the United States pursuant to the additional insured endorsement under the applicable contract. Counsel was not able to file this motion prior to today's date because she was awaiting information from the Agency concerning the various

contracts and the interrelationship between the co-defendants. So as not to prejudice the rights of the United States under the additional insured endorsement of the applicable contract, defendant requests that its answer be filed after a determination has been made on whether insurance counsel will take over its defense.

    This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

/s/

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/

RUDOLPH CONTRERAS, D.C. BAR # 171538
Assistant United States Attorney

/s/

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334