UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN BALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-0059 (RMU) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On federal Defendant's motion for an extension of time until June 12, 2006, to file its answer to the Plaintiff's Complaint, it is hereby:

ORDERED, that Defendant's motion is GRANTED.

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: