UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN BALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-0059 (RMU) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Federal Defendant, the United States of America, by and through its attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to answer, move, or otherwise plead to plaintiff's complaint. Defendant's answer is due on Monday, June 12, 2006. There are no scheduled Court appearances to date. The Defendant is requesting additional time until Friday, June 30, 2006 to respond to the complaint. Counsel for the Plaintiff has been contacted concerning the filing of this motion but has not responded prior to the filing deadline. Plaintiff has brought this action under the Federal Tort Claims Act.

The United States has made a demand that its contractors assume its defense in the aforementioned matter. The United States has received a response from one contractor but is waiting to hear from the other. The response from the second contractor is taking longer than expected because the contractor's defense team changed as of last week. Centex Construction Co., is now being represented by different counsel and the file is now in the process of being

transferred.

Additional time is being requested to allow new counsel to make an appearance in the case so that a final determination may be made as to the defense of the United States pursuant to the additional insured endorsement. Counsel was not able to file this motion prior to today's date because she was awaiting information from the contractor. So as not to prejudice the rights of the United States under the additional insured endorsement of the applicable contract, defendant requests that its answer be filed after a determination has been made on whether insurance counsel will take over its defense.

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 171538
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334

2