IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| STEPHEN BALL | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:06CV00059 (Judge Ricardo M. Urbina) |
| | * | |
| UNITED STATES OF AMERICA, *et al.* | | |
| Defendant. | * | |

## SUBSTITUTION OF COUNSEL

Please strike the appearance of Jeffrey T. Brown, Sr. and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP and enter the appearance of Robert E. Scott, Jr. and Jason T. Wasserman and Semmes, Bowen & Semmes as counsel for Defendant, Centex Construction, Inc. in this matter.

Respectfully submitted,

| | |
|---|---|
| Jeffrey T. Brown, Jr. | Robert E. Scott, Jr., 326785 |
| DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP | Semmes, Bowen & Semmes |
| 4601 Forbes Boulevard, Suite 200 | 250 W. Pratt Street, 16th Floor |
| P.O. Box 40 | Baltimore, MD 21201 |
| Lanham, MD 20703-0040 | (410) 539-5040 |
| (301) 306-4300 | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of June, 2006 a copy of the foregoing Substitution of Counsel was mailed first-class, postage-prepaid to:

Craig D. Miller, Esquire
Simeone & Miller
1717 K Street, NW, Suite 1000
Washington, DC 20036

_____
Robert E. Scott, Jr.

B0623958.WPD