UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN BALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:06CV00059 (RMU) |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### CENTEX CONSTRUCTION, LLC'S ANSWER TO THE
### CROSS-CLAIMS OF THE UNITED STATES OF AMERICA

Defendant and Cross-Defendant, Centex Construction, LLC ("Centex"), by its undersigned counsel, Robert E. Scott, Jr. and Semmes, Bowen & Semmes, hereby files its Answer to the Cross-Claims of the United States of America ("USA"), and states as follows:

### FIRST DEFENSE

In response to the specific allegations set forth in the USA's Cross-Claim, Centex states as follows:

i.  Answering Count I, Paragraph 1 of the Cross-Claim, Centex admits that it entered into a construction contract with the Architect of the Capitol for services related to the construction of the Capitol Visitors Center.

ii. Answering Count I, Paragraph 2 of the Cross-Claim, Centex denies the USA's allegations that it was the contractor for construction services at the United States Capitol Visitor's Center.

iii. Answering Count I, Paragraph 3 of the Cross-Claim, Centex denies the USA's allegations.

  iv. Answering Count I, Paragraph 4 of the Cross-Claim, Centex denies the USA's allegations.

  v. Answering Count I, Paragraph 5 of the Cross-Claim, Centex denies the USA's allegations. Additionally, Centex specifically states that it was not negligent as alleged. Further, Centex specifically denies that it is liable to the USA for indemnification or contribution, under any legal theory, whether it be in contract or common law.

  vi. Answering Count I, Paragraph 6 of the Cross-Claim, Centex denies the USA's allegations.

  vii. Any allegations in the USA's Cross-Claim which have not been specifically admitted are hereby denied.

## SECOND DEFENSE

Centex reserves the right to raise additional defenses based upon facts which might be revealed through discovery.

## FIRST AFFIRMATIVE DEFENSE

The USA's claims fail to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

This Court lacks jurisdiction over the subject matter of this action.

## THIRD AFFIRMATIVE DEFENSE

The USA's claims are barred by the applicable statute of limitations.

## FOURTH AFFIRMATIVE DEFENSE

The USA's claims are barred by the applicable statute of repose.

## FIFTH AFFIRMATIVE DEFENSE

The USA's claims are barred by the doctrine of laches.

## SIXTH AFFIRMATIVE DEFENSE

The USA's claims are barred by the doctrine of collateral estoppel.

## SEVENTH AFFIRMATIVE DEFENSE

The USA's claims are barred because there exists no privity of contract.

## EIGHTH AFFIRMATIVE DEFENSE

The USA's damages are barred or subject to reduction on the basis of the principles of release, settlement, accord, or satisfaction.

## NINTH AFFIRMATIVE DEFENSE

The USA has failed to join necessary parties without whom complete relief cannot be granted.

## TENTH AFFIRMATIVE DEFENSE

Centex invokes any and all other defenses claimed by other Defendants and/or Cross-Defendants.

## ELEVENTH AFFIRMATIVE DEFENSE

Centex is entitled to a reduction in any verdict against it in the amount of the consideration paid for any release, or in the amount of the pro rata share of any released joint tortfeasor as a matter of law.

## OTHER DEFENSES

1. These claims are barred by the doctrine of waiver.

2. These claims are barred by payment.

3. Centex is not negligent as alleged.

WHEREFORE, Defendant and Cross-Defendant, Centex Construction, LLC, prays that the USA's Cross-Claim be dismissed with prejudice and that costs be assessed against the USA.

Respectfully submitted,

*/s/ Robert E. Scott, Jr.*
Robert E. Scott, Jr.
Semmes, Bowen & Semmes
250 West Pratt Street, 16th Floor
Baltimore, Maryland 21201
(410) 539-5040
rscott@semmes.com

***Attorney for Centex Construction, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2006, a copy of Centex Construction, LLC's Answer to the Cross-Claims of The United States of America was filed electronically with the United States District Court for the District of Columbia and electronically sent via the CM/ECF system to all counsel of record.

*/s/ Robert E. Scott, Jr.*
