IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **STEPHEN BALL,** | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:06CV00059 (Judge Ricardo M. Urbina) |
| | * | |
| **UNITED STATES OF AMERICA,** *et al.* | | |
| | * | |
| Defendant. | | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ENTRY OF APPEARANCE

Please enter the appearance of Jason T. Wasserman as an attorney of record in the above-captioned case on behalf of Defendant, Centex Construction, Inc.

    /s/ Jason T. Wasserman
Jason T. Wasserman, D.C. Bar No. 495771
Semmes, Bowen & Semmes,
a Professional Corporation
250 W. Pratt Street
Baltimore, Maryland 21201
(410) 539-5040
*Attorney for Defendant Centex*
*Construction, Inc.*

### CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this 11th day of August, 2006, a copy of the Entry of Appearance was electronically served on all counsel of record.

    /s/ Jason T. Wasserman.
Jason T. Wasserman (D.C. Bar 495771)

B0637734.WPD