IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| STEPHEN BALL, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:06CV00059 |
| | | (Judge Ricardo M. Urbina) |
| | * | |
| UNITED STATES OF AMERICA, *et al.*, | | |
| | * | |
| Defendant. | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CONSENT MOTION TO RESCHEDULE THE INITIAL STATUS CONFERENCE

Defendant Centex Construction, Inc. ("Centex") hereby requests that this Court reschedule the initial status conference currently scheduled for October 26, 2006 to an alternate date. Counsel for Centex has conferred with all parties and all parties have unanimously consented to the rescheduling of this conference to an alternative date. The following alternative dates are convenient to all parties: November 7, 2006; November 8, 2006; November 9, 2006; and November 14, 2006, with November 9, 2006 being the favored date among all counsel.

Respectfully submitted,

/s/ Jason T. Wasserman
Jason T. Wasserman, D.C. Bar No. 495771
Semmes, Bowen & Semmes,
250 W. Pratt Street
Baltimore, Maryland 21201
(410) 539-5040

*Attorney for Defendant Centex Construction, Inc.*

1

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on th is 30th day of August, 2006, a copy of the Entry of Appearance was electronically served on all counsel of record.

                                        /s/ Jason T. Wasserman.
                                        Jason T. Wasserman (D.C. Bar 495771)

B0640037.WPD