IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| STEPHEN BALL, | * |
| Plaintiff, | * |
| v. | *    Civil Action No. 1:06CV00059 |
| | (Judge Ricardo M. Urbina) |
| | * |
| UNITED STATES OF AMERICA, *et al.* | |
| | * |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Having read the Consent Motion to Reschedule the Initial Status Conference filed by Centex Construction, Inc., it is this _____ day of _____,

**ORDERED**, that the Court's initial status conference in this case is rescheduled to _____, 2006.

_____
JUDGE