IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN BALL                                )<br>                                                         )<br>            Plaintiff,                            )<br>                                                         )<br>    v.                                                 )      Case No.: 1:06CV00059 (RMU)<br>                                                         )<br>UNITED STATES OF AMERICA, *et al.*    )<br>                                                         )<br>            Defendants.                      )  | |

## JOINT RULE 16.3 REPORT

Plaintiff and Defendants in the above-referenced case, by and through the undersigned counsel, hereby file this report regarding the results of the meeting of counsel pursuant to Local Rule 16.3.

### ITEMS DISCUSSED

On October ___, 2006, counsel for the parties conferred and discussed the following items and reached the following agreements:

(1)  The parties believe that dispositive motions may dispose of the case, but that any such motions would not be appropriate until after discovery. Accordingly, below the parties propose a schedule providing for such motions after a period of time for discovery.

(2)  The parties agree that any other parties shall be joined or the pleadings amended by December 31, 2006. At this time, the parties are unable to narrow or agree upon any issues, but agree to do so, through discovery or otherwise, as the case proceeds.

(3)  The parties agree that the case should not be assigned to a magistrate judge.

(4) The parties agree that settlement is not a realistic possibility at this time. Plaintiff and Defendants will re-visit the issue as discovery proceeds and the facts become known to all parties.

(5) The parties agree that use of the Court's Alternative Dispute Resolution may be appropriate at the close of discovery.

(6) The parties agree that, upon the completion of discovery, a Motion for Summary Judgment may be appropriate. The parties agree that each shall have 30 days after the completion of discovery to file a dispositive motion. Oppositions shall be due within 30 days of service, and Reply briefs within 15 days of service of an Opposition.

(7) The parties agree to dispense with the initial disclosures required by Rule 26(a)(1).

(8) The parties agree to the limits on depositions, interrogatories, document requests, and requests for admission set forth for cases on the Standard Track in the applicable Court's Rules. The parties agree that discovery should be completed within 6 months of the November 9, 2006 Status Conference, which is May 9, 2007.

(9) The parties agree to the Court's Rules governing expert disclosure and discovery, without modification.

(10) The parties agree that the parties shall have 30 days from the close of discovery to file dispositive motions. Oppositions shall be filed within 30 days of service of the motion and reply briefs within 15 days of service of the oppositions.

(11) The parties agree not to seek bifurcation at this time, but reserve the right to seek it after discovery.

(12) The parties agree that the Court should set a date for ADR and a pretrial conference date for a date after decisions on any dispositive motions.

(13) The parties agree that the Court shall set a trial date at the pretrial conference.

The represented parties' proposed schedule:

| | |
|---|---|
| Plaintiff's Expert Designation | January 15, 2007 |
| Defendants' Expert Designation | March 1, 2007 |
| Discovery Cutoff | May 9, 2007 |
| Motions Deadline | June 11, 2007 |
| Oppositions | July 9, 2007 |
| ADR | _____ |
| Pretrial Conference | _____ |
| Trial Date | _____ |

Dated: October \_\_\_, 2006                                   RESPECTFULLY SUBMITTED,


/s/ Heather Graham-Oliver                              /s/ Craig D. Miller
Heather Graham-Oliver                                   Craig D. Miller, #459784
Assistant U.S. Attorney                                 SIMEONE & MILLER, LLP
Civil Division                                          1717 K Street, NW
555 Fourth Street, N.W.                                 Suite 1000
Washington, D.C. 20530                                  Washington, DC 20036
*Attorney for Defendant United States of*               (202) 628-3050
*America*                                               *Attorneys for Plaintiff*


/s/ Jason T. Wasserman                                  /s/ Joseph S. Ferretti
Robert Edward Scott, Jr.                                Joseph S. Ferretti, Esq. #485996
Jason T. Wasserman                                      JORDAN COYNE & SAVITS, LLP
SEMMES, BOWEN & SEMMES                                  1100 Connecticut Avenue, NW
250 West Pratt Street                                   Suite 600

16th Floor
Baltimore, MD 21201
*Attorneys for Defendant Centex Construction, LLC*

Washington, DC 20036
*Attorneys for Defendant Gilbane Building Company*

/s/ Harry J. Carleton
--------------------------
Harry J. Carleton, Esq., #426964
LAW OFFICES OF ROGER S. MACKEY
14008 Park East Circle
Chantilly, VA 20151
*Attorneys for Defendant RTKL Associates, Inc.*

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN BALL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:06CV00059 (RMU) |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the Joint Rule 16.3 Report submitted by the parties, it is by this Court this _____ day of _____, 2006.

ORDERED, that the following schedule will govern further proceedings in this case:

| | |
|---|---|
| Plaintiff's Expert Designation | January 15, 2007 |
| Defendants' Expert Designation | March 1, 2007 |
| Discovery Cutoff | May 9, 2007 |
| Motions Deadline | June 11, 2007 |
| Oppositions | July 9, 2007 |
| ADR | _____ |
| Pretrial Conference | _____ |
| Trial Date | _____ |

Replies are due within fifteen days of the filing of Oppositions. The limits on interrogatories and depositions for standard tack cases set forth in Local Rule 16.4 shall be followed.

_____
United States District Judge