IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| STEPHEN BALL, | * |
|     Plaintiff, | * |
| v. | *   Civil Action No. 1:06CV00059 |
| |     (Judge Ricardo M. Urbina) |
| | * |
| UNITED STATES OF AMERICA, *et al.*, | |
| | * |
|     Defendant. | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CENTEX CONSTRUCTION, INC'S CROSS-CLAIM AGAINST GILBANE BUILDING COMPANY AND RTKL D.C. ASSOCIATES, PC

     Defendant/Cross-Plaintiff, Defendant Centex Construction, Inc. ("Centex"), by its undersigned counsel, Robert E. Scott, Jr., Jason T. Wasserman, and Semmes, Bowen & Semmes, hereby file this Cross-Claim against Gilbane Building Company ("Gilbane") and RTKL D.C. Associates, PC ("RTKL"), and states as follows:

     1.    Plaintiff has filed a Complaint against Defendants Gilbane, RTKL, Centex, and The United States of America to recover damages for injuries that allegedly occurred while he was working at the United States Capitol.

     2.    Centex denies any negligent conduct on its part and any breach of duty, and affirmatively alleges that at all times relevant hereto, Centex acted with due care.

     3.    In the event Plaintiffs were damaged as alleged, which is denied, then and in that event the Cross-Defendants, Gilbane and RTKL, were negligent and said conduct was the proximate cause of the damages and injuries complained of.

## COUNT I
### (Contribution)

4. Centex incorporates by reference all of the allegations contained in paragraphs 1 through 3 of this Cross-Claim and aver that if, in fact, Plaintiff was damaged and injured as a consequence of the conduct complained of in the Complaint, which Centex denies, then and in that event the Cross-Defendants, Gilbane and RTKL, are liable to Centex for all or part of the claims asserted against them by Plaintiff as set forth in the Complaint.

WHEREFORE, Centex, demands judgment against the Cross-Defendants, Gilbane and RTKL, in these proceedings.

## COUNT II
### (Indemnification)

5. Centex incorporates by reference all of the allegations contained in paragraphs 1 through 3 of this Cross-Claim and Count I herein, and further denies allegations of negligence and breach of duty; however, in the alternative, plead that any alleged negligence and/or breach of duty, on its part was passive and secondary while the negligence and breaches of duty of Cross-Defendants, Gilbane and RTKL, were primary and active so that in the event damages are awarded in favor of Plaintiff against Centex, Centex would be entitled to indemnification from the Cross-Defendants, Gilbane and RTKL.

WHEREFORE, Centex demands judgment against the Cross-Defendants, Gilbane and RTKL, by way of contribution and indemnification for all sums which may be adjudged against Centex; and Centex further demands:

1. Plaintiff take nothing by his action against Centex;

    2.    Centex be awarded judgment in the same amount as is adjudged against the Cross-Defendants, Gilbane and RTKL, in these proceedings;

    3.    In the event the Centex is held liable to Plaintiff, in any amount, Centex be awarded judgment against the Cross-Defendants, Gilbane and RTKL, in that amount;

    4.    Centex be awarded the costs of this action and reasonable attorney's fees;

    5.    Judgment be entered against the Cross-Defendants, Gilbane and RTKL, by way of contribution and/or indemnification, and for a contribution of all or a pro rata share of any judgment that might be awarded in favor of Plaintiff against Centex;

    6.    Judgment be entered against the Cross-Defendants, Gilbane and RTKL, by way of indemnification and for indemnification of the total amount of any judgment that might be awarded in favor of Plaintiff against the Centex; and

    7.    That the Court grant such other and further relief as it may deem proper.

Respectfully submitted,

*/s/ Jason T. Wasserman*
Robert E. Scott, Jr., Bar # 326785
Jason T. Wasserman, Bar # 495771
Semmes, Bowen & Semmes,
250 W. Pratt Street
Baltimore, Maryland 21201
(410) 539-5040

*Attorney for Defendant Centex Construction, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of December, 2006, a copy of Defendant, Centex Construction, Inc.'s Cross-Claim was filed electronically with the Court and served electronically on the following counsel of record:

| | |
|---|---|
| Craig D. Miller, Esquire<br>Bonnie A. Miluso, Esquire<br>Simeone & Miller<br>1717 K Street, NW<br>Suite 1000<br>Washington, DC 20036<br><br>***Counsel for Plaintiff*** | Heather Graham-Oliver, Esquire<br>Assistant United States Attorney<br>Judiciary Center Building<br>555 4th Street, NW<br>Room 4-4808<br>Washington, DC 20530<br><br>***Counsel for Defendant,***<br>***The United States of America*** |
| Harry J. Carleton, Esquire<br>Law Offices of Roger S. Mackey<br>14008 Park East Circle<br>Chantilly, VA 20151<br><br>***Counsel for Defendant,***<br>***RTKL D.C. Associates, PC*** | Joseph S. Ferretti, Esquire<br>Jordan Coyne & Savits, LLP<br>1100 Connecticut Avenue, NW, Suite 600<br>Washington, DC 20036<br><br>***Counsel for Defendant,***<br>***Gilbane Building Company*** |

*/s/ Jason T. Wasserman*
Jason T. Wasserman, Bar # 495771

B0672524.WPD