IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN BALL          )<br>                           )<br>     Plaintiff,  )<br>                           )<br>  v.                        )    Case No.: 1:06CV00059 (RMU)<br>                           )<br>UNITED STATES OF AMERICA, *et al.*  )<br>                         )<br>     Defendants.  ) | |

## CERTIFICATE REGARDING DISCOVERY

I hereby certify that I served a true and correct copy of the following, by first class mail, postage prepaid on all *pro se* Defendants and counsel for Defendant(s):

1. Plaintiff's Requests for Admission to Defendant Gilbane Building Company
2. Plaintiff's Requests for Admission to Defendant United States of America
3. Plaintiff's Requests for Admission to Defendant Centex Construction, LLC
4. Plaintiff's Requests for Admission to Defendant RTKL Associates, Inc.

Dated: January 10, 2007                                  RESPECTFULLY SUBMITTED,

                                                                           **/s/ Craig D. Miller**
                                                             Craig D. Miller, DC Bar No. 459784
                                                             Simeone & Miller, LLP
                                                             1717 K Street, NW
                                                             Suite 1000
                                                             Washington, DC 20036
                                                             (202) 628-3050
                                                            Attorneys for Plaintiff

**Certificate of Service**

      I hereby certify that on January 10, 2007, I served a true and exact copy of the foregoing CERTIFICATE REGARDING DISCOVERY by first-class mail, postage prepaid, on:

      Heather Graham-Oliver
      Assistant U.S. Attorney
      Civil Division
      555 Fourth Street, N.W.
      Washington, D.C. 20530
      *Attorney for Defendant United States of America*

      Robert Edward Scott, Jr.
      SEMMES, BOWEN & SEMMES
      250 West Pratt Street
      16th Floor
      Baltimore, MD 21201
      *Attorneys for Defendant Centex Construction, LLC*

      Harry J. Carleton, Esq.
      LAW OFFICES OF ROGER S. MACKEY
      14008 Park East Circle
      Chantilly, VA 20151
      *Attorneys for Defendant RTKL Associates, Inc.*

      Joseph S. Ferretti, Esq.
      JORDAN COYNE & SAVITS, LLP
      1100 Connecticut Avenue, NW
      Suite 600
      Washington, DC 20036
      *Attorneys for Defendant Gilbane Building Company*

                             **/s/ Craig D. Miller**
                                  Craig D. Miller