IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN BALL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:06CV00059 (RMU) |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S RULE 26(A)(2) STATEMENT**

Plaintiff, by and through the undersigned counsel, hereby files this Rule 26(a)(2) Statement in accordance with this Court's Order. Plaintiff may call any or all of the following treating physicians to testify expert witnesses in their capacity as treating physicians at trial.

**1. Jeffrey Smith, M.D., M.P.H.**

Dr. Smith is a physician who specializes in Emergency Medicine and whose office is located at the George Washington Medical Faculty Associates, 2150 Pennsylvania Avenue, NW, Washington, DC 20037, (202) 741-2911. Dr. Smith was on of Plaintiff's treating physicians. Dr. Smith is expected to testify consistent with the previously produced medical records as to the facts, his observations, and the opinions he arrived at in the course of his care and treatment. Dr. Smith is also expected to testify that the treatment Plaintiff received from him and the bills for the related treatment were fair, reasonable, and proximately related to the subject incident.

**2. Tenagne Haile-Mariam, M.D.**

Dr. Haile-Mariam is a physician who specializes in Emergency Medicine and whose office is located at the George Washington Medical Faculty Associates, 2150

Pennsylvania Avenue, NW, Washington, DC 20037, (202) 741-2911. The doctor was one of Plaintiff's treating physicians. The doctor is expected to testify consistent with the previously produced medical records as to the facts, observations made during the course of care and treatment, and the opinions she arrived at in the course of the care and treatment of Plaintiff. The doctor is also expected to testify that the treatment Plaintiff received from her and the bills for the related treatment were fair, reasonable, and proximately related to the subject incident.

    3.    **Christina Catlett, M.D.**

Dr. Catlett is a physician who specializes in Emergency Medicine and whose office is located at the George Washington Medical Faculty Associates, 2150 Pennsylvania Avenue, NW, Washington, DC 20037, (202) 741-2911. Dr. Catlett was on of Plaintiff's treating physicians. The doctor was one of Plaintiff's treating physicians. The doctor is expected to testify consistent with the previously produced medical records as to the facts, observations made during the course of care and treatment, and the opinions she arrived at in the course of the care and treatment of Plaintiff. The doctor is also expected to testify that the treatment Plaintiff received from her and the bills for the related treatment were fair, reasonable, and proximately related to the subject incident.

    4.    **Carmelita U. Tuazon, MD, MPH**

Dr. Tuazon is a physician who specializes in Medicine-Infectious Diseases and whose office is located at the George Washington Medical Faculty Associates, 2150 Pennsylvania Avenue, NW, Washington, DC 20037, (202) 741-3333. The doctor was one of Plaintiff's treating physicians. The doctor is expected to testify consistent with the previously produced medical records as to the facts, observations made during the course of care and treatment, and the opinions she arrived at in the course of the care and

treatment of Plaintiff. The doctor is also expected to testify that the treatment Plaintiff received from her and the bills for the related treatment were fair, reasonable, and proximately related to the subject incident.

    5.    **Yolanda Haywood, MD**

Dr. Haywood is a physician who specializes in Emergency Medicine and whose office is located at the George Washington Medical Faculty Associates, 2150 Pennsylvania Avenue, NW, Washington, DC 20037, (202) 741-2911. The doctor was one of Plaintiff's treating physicians. The doctor is expected to testify consistent with the previously produced medical records as to the facts, observations made during the course of care and treatment, and the opinions she arrived at in the course of the care and treatment of Plaintiff. The doctor is also expected to testify that the treatment Plaintiff received from her and the bills for the related treatment were fair, reasonable, and proximately related to the subject incident.

    6.    **Bruno Petinaux, MD**

Dr. Petinaux is a physician who specializes in Emergency Medicine and whose office is located at the George Washington Medical Faculty Associates, 2150 Pennsylvania Avenue, NW, Washington, DC 20037, (202) 741-2911. The doctor was one of Plaintiff's treating physicians. The doctor is expected to testify consistent with the previously produced medical records as to the facts, observations made during the course of care and treatment, and the opinions he arrived at in the course of the care and treatment of Plaintiff. The doctor is also expected to testify that the treatment Plaintiff received from him and the bills for the related treatment were fair, reasonable, and proximately related to the subject incident.

    7.    **Joseph Gross, MD**

Dr. Gross is a physician who specializes in Infectious Diseases and whose office is located at Pentucket Medical Associates, 1 Park Way, Haverhill, MA 01830, (888) 227-3762.  The doctor was one of Plaintiff's treating physicians.  The doctor is expected to testify consistent with the previously produced medical records as to the facts, observations made during the course of care and treatment, and the opinions he arrived at in the course of the care and treatment of Plaintiff.  The doctor is also expected to testify that the treatment Plaintiff received from him and the bills for the related treatment were fair, reasonable, and proximately related to the subject incident.

**8.**     **Keith Boniface, MD**

Dr. Boniface is a physician who specializes in Emergency Medicine and whose office is located at the George Washington Medical Faculty Associates, 2150 Pennsylvania Avenue, NW, Washington, DC 20037, (202) 741-2911.  The doctor was one of Plaintiff's treating physicians.  The doctor is expected to testify consistent with the previously produced medical records as to the facts, observations made during the course of care and treatment, and the opinions he arrived at in the course of the care and treatment of Plaintiff.  The doctor is also expected to testify that the treatment Plaintiff received from him and the bills for the related treatment were fair, reasonable, and proximately related to the subject incident.

*Plaintiff further reserves the right to call any other treating physician to testify consistent with the opinions he/she formulated in the care and treatment of Plaintiff.*

Dated: January 12, 2007                                             RESPECTFULLY SUBMITTED,

                                                                                   ____**/s/ Craig D. Miller**____

>Craig D. Miller, DC Bar No. 459784
>SIMEONE & MILLER, LLP
>1717 K Street, NW
>Suite 1000
>Washington, DC 20036
>(202) 628-3050
>Attorneys for Plaintiff

### Certificate of Service

I hereby certify that on January 12, 2007, I served a true and exact copy of the foregoing PLAINTIFF'S RULE 26(A)(2) STATEMENT by first-class mail, postage prepaid, on:

>Heather Graham-Oliver
>Assistant U.S. Attorney
>Civil Division
>555 Fourth Street, N.W.
>Washington, D.C. 20530
>*Attorney for Defendant United States of America*
>
>Robert Edward Scott, Jr.
>SEMMES, BOWEN & SEMMES
>250 West Pratt Street
>16th Floor
>Baltimore, MD 21201
>*Attorneys for Defendant Centex Construction, LLC*
>
>Harry J. Carleton, Esq.
>LAW OFFICES OF ROGER S. MACKEY
>14008 Park East Circle
>Chantilly, VA 20151
>*Attorneys for Defendant RTKL Associates, Inc.*
>
>Joseph S. Ferretti, Esq.
>JORDAN COYNE & SAVITS, LLP
>1100 Connecticut Avenue, NW
>Suite 600
>Washington, DC 20036
>*Attorneys for Defendant Gilbane Building Company*

>   /s/ Craig D. Miller   
>      Craig D. Miller