IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN BALL, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al., )<br>)<br>    Defendants. ) | Case No.: 1:06CV00059<br>Judge Richard M. Urbina<br>Personal Injury/Malpractice |

<u>DEFENDANT RTKL ASSOCIATES, INC.'S ANSWER TO CENTEX
CONSTRUCTION, INC.'S CROSS CLAIM AND
CROSS CLAIM AGAINST CENTEX CONSTRUCTION, INC. AND
GILBANE BUILDING COMPANY</u>

COMES NOW, the Defendant, RTKL Associates, Inc., by and through its Counsel, The Law Offices of Roger S. Mackey and Harry J. Carleton, Esq., and in Answer to the Cross Claim filed by Centex Construction, Inc., in the above-referenced matter states as follows:

<u>ANSWER TO THE CROSS-CLAIM</u>

1. With respect to paragraph 1 of the Cross Claim, this Defendant admits to the allegations contained therein.

2. This Defendant denies the allegations contained in paragraphs 3, 4 and 5 of the Cross Claim and demands strict proof thereof.

3. With respect to paragraph 2 of the Cross Claim, this Defendant notes that it has insufficient information to either admit or deny such allegations and as a result denies same and requests strict proof thereof.

4. This Defendant generally denies all allegations of negligence and/or wrongdoing.

ANY ALLEGATIONS not previously addressed are hereby denied.

This Defendant reserves the right to assert the following defenses should further investigation or discovery disclose a basis therefore:

### FIRST DEFENSE

The Doctrine Of Assumption Of Risk

### SECOND DEFENSE

The Doctrine Of Contributory Negligence

### THIRD DEFENSE

That the cause of action plead by the Plaintiff in the Complaint and the Cross Claim Plaintiff in the Cross Claim fails to state a claim upon which relief can be granted.

### FOURTH DEFENSE

That the Plaintiff's and therefore the Cross Claim Plaintiff's injuries, if any, were caused by the negligence of a person not a party to this suit nor over whom this Defendant exercised any control.

### FIFTH DEFENSE

That the Plaintiff and Cross Claim Plaintiff were not injured to the extent alleged in the Complaint and the Cross Claim.

SIXTH DEFENSE

That this Defendant committed no acts of negligence or other violations of the standard of care.

SEVENTH DEFENSE

Any negligence committed by this Defendant is not a proximate cause of the Plaintiff's or Cross Claim Plaintiff's injuries.

EIGHTH DEFENSE

The Statute of Limitations

NINTH DEFENSE

The Doctrine of Comparative Negligence

TENTH DEFENSE

That this Defendant committed no acts of negligence or other violations of law.

ELEVENTH DEFENSE

The Doctrine of Consent

TWELFTH DEFENSE

The Doctrine of Justification

THIRTEENTH DEFENSE

The Doctrine of Collateral Estoppel

FOURTEENTH DEFENSE

The Doctrine of Res Judicata

FIFTEENTH DEFENSE

The Doctrine of Intervening Negligence

SIXTEENTH DEFENSE

Failure to meet a condition precedent to recovery.

SEVENTEENTH DEFENSE

Failure to meet a condition precedent to contract.

EIGHTEENTH DEFENSE

No Breach of Contract.

NINETEENTH DEFENSE

Laches.

TWENTIETH DEFENSE

Lack of Notice.

TWENTY-FIRST DEFENSE

Immunity

This DEFENDANT reserves the right to rely on any other defenses that through further investigation or discovery may become known during the course of this action as well as reserve the right to delete any defenses previously raised herein or amend any responses to allegations made herein should further investigation or discovery demonstrate that there is no basis for such defense or response to such allegation.

WHEREFORE, the aforementioned premises considered, this Defendant respectfully requests that the Cross Claim be dismissed with prejudice, that costs be assessed and for further relief that this Court deems just.

### CROSS CLAIM AGAINST CENTEX CONSTRUCTION, INC. AND GILBANE BUILDING COMPANY

Defendant RTKL Associates, Inc., ("RTKL"), by and through its undersigned Counsel, The Law Offices of Roger S. Mackey and Harry J. Carleton, Esq., hereby submits the following Cross-Claim against co-defendants Centex Construction, Inc. ("Centex") and Gilbane Building Company ("Gilbane"), and as grounds states:

1. The parties to this Cross-Claim have been designated as Defendants in the Complaint filed on behalf of the Plaintiff herein, which alleges that Stephen Ball sustained injuries, damages, and losses as a result of an injury while working on or about August 18, 2004 at the Capitol Visitors Center at the U.S. Capitol Building.

2. RTKL denies all allegations of negligence, and alleges that the damages sustained by the Plaintiff, if any, are the result of the negligence, if any, of Centex and/or Gilbane.

3. In the event that the Plaintiff obtains a verdict against RTKL, RTKL alleges that the Plaintiff's injuries, damages, and losses were proximately caused by the negligent acts and/or omissions of Centex and/or Gilbane.

COUNT I
(Indemnification)

4. RTKL repeats, realleges, and incorporates by reference herein each of the facts and allegations set forth in paragraphs 1 through 3 above as if fully set forth herein.

5. In the event that the Plaintiff obtains a verdict against RTKL, then Centex and Gilbane are liable to RTKL for indemnification in that such recovery would only occur as a result of the negligence of Centex and/or Gilbane.

## COUNT II
(Contribution)

6. RTKL repeats, realleges, and incorporates by reference herein each of the facts and allegations set forth in paragraphs 1 through 5 above as if fully set forth herein.

7. In the event that the Plaintiff obtains a verdict against RTKL, then Centex and/or Gilbane are liable to RTKL for contribution, with respect to all or a proportionate amount of any such verdict, in that the claimed damages were caused by the negligence of Centex and/or Gilbane.

WHEREFORE, in the event that Plaintiff obtains a verdict against this Defendant/Cross-Claim Plaintiff, RTKL Associates, Inc., ("RTKL"), demands judgment in contribution and/or indemnification against the Defendants/Cross-Defendants, Centex Construction, Inc. ("Centex") and Gilbane Building Company, with respect to all or a proportionate amount of any such verdict, plus costs and such other relief as this Court deems just and proper.

Respectfully submitted,

RTKL Associates, Inc.
By Counsel

LAW OFFICES OF ROGER S. MACKEY

By: _____/s/ Harry J. Carleton_____
      Harry J. Carleton, Esquire
      14008 Park East Circle
      Chantilly, Virginia  20151
      D.C. Bar No. 426964
      (703) 818-6943
      **Counsel for Defendant, RTKL Associates, Inc.**

### CERTIFICATE OF SERVICE

      I hereby certify a true copy of <u>DEFENDANT RTKL ASSOCIATES, INC.'S ANSWER TO CENTEX CONSTRUCTION, INC.'S CROSS CLAIM AND CROSS CLAIM AGAINST CENTEX CONSTRUCTION, INC. AND GILBANE BUILDING COMPANY</u>, was mailed, postage prepaid, this _____ day of January, 2007 to:

Craig Douglas Miller, Esquire
c/o Simeone & Miller
1717 K Street, NW, Suite 100
Washington, DC  20036
**Attorney for Plaintiff**

Heather D. Graham-Oliver, Esquire
Assistant United States Attorney
Kenneth L. Wainstein, Esquire
R. Craig Lawrence, Esquire
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W., Room 10-818
Washington, DC  20530
Kenneth L. Wainstein
DC Bar #: 451058
R. Craig Lawrence
DC Bar #: 171538
**Counsel for United States of America**

James Todd Wasserman, Esquire
c/o Semmes, Bowen & Semmes
250 West Pratt Street, Suite 16
Baltimore, MD 21201
**Attorneys for Centex Construction, LLC**

Robert E. Scott, Jr., Esquire
c/o Semmes, Bowen & Semmes
250 West Pratt Street, 16th Floor
Baltimore, MD 21201
**Attorney for Centex Construction, LLC**

Joseph S. Ferretti, Esquire
Jordan Coyne & Savits, LLP
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036
**Attorney for Gilbane Building Company**

　　　　　　　　　　　　　　　　　　　　__/s/ Harry J. Carleton_____
　　　　　　　　　　　　　　　　　　　　Harry J. Carleton, Esq.

Nn:0819559/1108251.doc　　　　　　　　answer to cross claim & cross claim