IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEPHEN BALL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: 1:06-cv-00059 (RMU) |
| | : | |
| UNITED STATES OF AMERICA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ANSWER OF DEFENDANT GILBANE BUILDING COMPANY
TO CROSS-CLAIM OF RTKL ASSOCIATES, INC.**

Defendant Gilbane Building Company ("Cross-Defendant"), by and through its undersigned counsel, hereby submits its Answer to the Cross-Claim of RTKL Associates, Inc. (named in Plaintiff's Complaint as "RTKL D.C. Associates, P.C." and hereinafter referred to as "Cross-Plaintiff").

**FIRST DEFENSE**

The Cross-Claim fails to state a claim upon which relief may be granted to the Cross-Plaintiff.

**SECOND DEFENSE**

In answer to the numbered paragraphs of the Cross-Claim, Cross-Defendant states as follows:

1.    Cross-Defendant admits the averments set forth in paragraph 1 of the Cross-Claim that the Plaintiff, Stephen Ball, filed a complaint against the Defendants. Cross-Defendant avers that the Complaint speaks for itself.

2.    Cross-Defendant denies the allegations set forth in paragraph 2 of the Cross-

Claim.

3. Cross-Defendant denies the allegations set forth in paragraph 3 of the Cross-Claim.

## COUNT I
### (Contribution)

4. Cross-Defendant incorporates herein by reference each and every averment set forth in paragraphs 1 through 3 of this Answer.

5. Cross-Defendant denies the allegations set forth in paragraph 5 of the Cross-Claim.

## COUNT II
### (Indemnification)

6. Cross-Defendant incorporates herein by reference each and every averment set forth in paragraphs 1 through 5 of this Answer

7. Cross-Defendant denies the allegations set forth in paragraph 7 of the Cross-Claim.

## THIRD DEFENSE

Cross-Defendant expressly denies any averment of fact not explicitly admitted herein.

## FOURTH DEFENSE

Cross-Defendant avers that the injuries, losses, and damages, if any, suffered by Plaintiff are or may be the result of the sole or concurrent negligence or the intentional acts or omissions of Cross-Plaintiff.

## FIFTH DEFENSE

Cross-Defendant avers that the injuries, losses, and damages, if any, suffered by Plaintiff

are or may be the result of the sole or concurrent negligence or the intentional acts or omissions of the remaining defendants named in the Plaintiff's Complaint.

## SIXTH DEFENSE

Cross-Defendant avers that the potential losses and damages, if any, suffered by Plaintiff are, or may be, the result of the sole or concurrent negligence or the intentional acts or omissions of the Plaintiff himself or independent third-parties over whom Cross-Defendant had no control.

WHEREFORE, having fully answered the Cross-Claim, Defendant Gilbane Building Company respectfully prays that said Cross-Claim be dismissed, with prejudice, and that all appropriate costs be awarded to Gilbane Building Company.

Dated:   January 24, 2007

                                                        Respectfully submitted,

                                                        JORDAN COYNE & SAVITS, L.L.P.

By:_____/s/_____
  Joseph S. Ferretti  #485996
  1100 Connecticut Avenue, NW
  Suite 600
  Washington, DC  20036
  (202) 496-2818
  (202) 496-2800 (fax)

  Counsel for Defendant
    Gilbane Building Company