IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| STEPHEN BALL, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:06CV00059 |
| | | (Judge Ricardo M. Urbina) |
| | * | |
| UNITED STATES OF AMERICA, *et al.*, | | |
| | * | |
| Defendant. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT CENTEX CONSTRUCTION, LLC'S ANSWER TO RTKL ASSOCIATES, INC.'S CROSS-CLAIM

Defendant, Centex Construction, LLC, ("Centex") by and through its attorneys, Robert E. Scott, Jr., Jason T. Wasserman, and Semmes, Bowen & Semmes, P.C., hereby submits its Answer to Defendant, RTKL Associates, Inc.'s ("RTKL") Cross-Claim and states as follows:

1. Answering paragraph one (1) of the Cross-Claim, Centex states that it admits the allegations contained therein.

2. Answering paragraph two (2) of the Cross-Claim, Centex states that it denies the allegations contained therein.

3. Answering paragraph three (3) of the Cross-Claim, Centex states that it denies the allegations contained therein.

### COUNT I

4. Answering paragraph four (4) of the Cross-Claim, Centex hereby adopts and reincorporates its Answers to paragraphs 1 through 3 above.

5. Answering paragraph five (5) of the Cross-Claim, Centex states that it denies the allegations contained therein.

## COUNT II

6. Answering paragraph six (6) of the Cross-Claim, Centex hereby adopts and reincorporates its Answers to paragraphs 1 through 5 above.

7. Answering paragraph seven (7) of the Cross-Claim, Centex states that it denies the allegations contained therein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Cross-Claim fails to state a claim upon which relief my be granted to Gilbane.

### SECOND AFFIRMATIVE DEFENSE

Centex expressly denies any averment of fact not explicitly admitted herein.

### THIRD AFFIRMATIVE DEFENSE

Centex avers that the injuries, losses, and damages, if any, suffered by Plaintiff are, or may be, the result of the sole or concurrent negligence or the intentional acts or omissions of RTKL.

### FOURTH AFFIRMATIVE DEFENSE

Centex avers that the injuries, losses, and damages, if any, suffered by Plaintiff are, or may be, the result of the sole or concurrent negligence or the intentional acts or omissions of the remaining defendants named in Plaintiff's Complaint.

### FIFTH AFFIRMATIVE DEFENSE

Centex avers that the potential losses and damages, if any, suffered by Plaintiff are, or may be, the result of the sole or concurrent negligence or the intentional acts or omissions of Plaintiff

himself or independent third-parties over who RTKL had no control.

## SIXTH AFFIRMATIVE DEFENSE

The claims are barred by the doctrine of assumption of risk.

## SEVENTH AFFIRMATIVE DEFENSE

The claims are barred by the doctrine of contributory negligence.

**WHEREFORE**, Defendant/Cross-Defendant, Centex Construction, LLC. respectfully requests that Defendant, RTKL Associates, Inc.'s Cross-Claim be dismissed.

Respectfully submitted,

*/s/ Jason T. Wasserman*
Jason T. Wasserman, D.C. Bar No. 495771
Semmes, Bowen & Semmes,
250 W. Pratt Street
Baltimore, Maryland 21201
(410) 539-5040

*Attorney for Defendant Centex
 Construction, Inc.*

B0681459.WPD

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February, 2007, a copy of Defendant, Centex Construction, LLC's Answer to RTKL Associates, Inc.'s Cross-Claim was electronically filed and served upon the following:

Craig D. Miller, Esquire
Bonnie A. Miluso, Esquire
Simeone & Miller
1717 K Street, NW
Suite 1000
Washington, DC 20036
***Counsel for Plaintiff***

Heather Graham-Oliver, Esquire
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW
Room 4-4808
Washington, DC 20530
***Counsel for Defendant,***
***The United States of America***

Harry J. Carleton, Esquire
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA 20151
***Counsel for Defendant,***
***RTKL D.C. Associates, PC***

Joseph S. Ferretti, Esquire
Jordan Coyne & Savits, LLP
1100 Connecticut Avenue, NW, Suite 600
Washington, DC 20036
***Counsel for Defendant,***
***Gilbane Building Company***

*/s/ Jason T. Wasserman*
Jason T. Wasserman, Bar # 495771