IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN BALL )<br>)<br>　　　Plaintiff, )<br>)<br>　v. )<br>)<br>UNITED STATES OF AMERICA, *et al.* )<br>)<br>　　　Defendants. ) | Case No.: 1:06CV00059 (RMU) |

**PLAINTIFF'S PARTIAL CONSENT MOTION
TO WAIVE PERSONAL APPEARANCE AT MEDIATION**

COMES NOW Plaintiff Stephen Ball, by and through the undersigned counsel, with the consent of Defendant U.S.A., Defendant Gilbane Building Company, and Defendant RTKL Associates, Inc., and moves this honorable Court for an order excusing his personal appearance at the February 6, 2007 Mediation Conference before Magistrate Judge Kay. In support of this motion Plaintiff states:

1. This case involves an incident in which Plaintiff was bitten by a bat while labeling cables in the United States Capitol Building.

2. Mediation is scheduled for February 6, 2007 at 10:00 a.m. before Magistrate Judge Kay.

3. Plaintiff has recently been incarcerated in Baltimore, Maryland.

4. Plaintiff's attorney has obtained full settlement authority on behalf of Plaintiff.

5. Plaintiff therefore seeks leave of the Court to excuse his personal attendance at the Mediation and to instead allow for Plaintiff's counsel to act on his behalf.

6. Defendant U.S.A., Defendant Gilbane Building Company, and Defendant RTKL Associates, Inc. consent to this Motion.

7. Plaintiff's attorney attempted to Defendant Centex Construction Co. to obtain its consent without success.

WHEREFORE, for the reasons stated above, Plaintiff respectfully requests that the Court grant this Motion and excuse Plaintiff from personally appearing at Mediation and permit Plaintiff's attorney to act on his behalf.

Dated: February 2, 2007

RESPECTFULLY SUBMITTED,

　　　/s/ **Craig D. Miller**　　　
Craig D. Miller, DC Bar No. 459784
SIMEONE & MILLER, LLP
1717 K Street, NW
Suite 1000
Washington, DC 20036
(202) 628-3050
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN BALL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:06CV00059 (RMU) |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF PLAINTIFF'S PARTIAL CONSENT
MOTION TO WAIVE PERSONAL APPEARANCE AT MEDIATION**

Plaintiff, by and through the undersigned counsel, respectfully refers this Court to the following points of law and authorities in support of Plaintiff's Partial Consent Motion to Waive Personal Appearance at Mediation.

1. Rule 16 of the Federal Rules of Civil Procedure.
2. The inherent power of this Court to control its own docket.

Dated: February 2, 2007                                RESPECTFULLY SUBMITTED,

                                                                        /s/ **Craig D. Miller**
                                                                Craig D. Miller, DC Bar No. 459784
                                                                SIMEONE & MILLER, LLP
                                                                1717 K Street, NW
                                                                Suite 1000
                                                                Washington, DC 20036
                                                                (202) 628-3050
                                                                *Attorneys for Plaintiff*

3

**Certificate of Service**

      I hereby certify that on February 2, 2007, I served a true and exact copy of the foregoing PLAINTIFF'S PARTIAL CONSENT MOTION TO WAIVE PERSONAL APPEARANCE AT MEDIATION, by first-class mail, postage prepaid, on:

      Heather Graham-Oliver
      Assistant U.S. Attorney
      Civil Division
      555 Fourth Street, N.W.
      Washington, D.C. 20530
      *Attorney for Defendant United States of America*

      Robert Edward Scott, Jr.
      SEMMES, BOWEN & SEMMES
      250 West Pratt Street
      16th Floor
      Baltimore, MD 21201
      *Attorneys for Defendant Centex Construction, LLC*

      Harry J. Carleton, Esq.
      LAW OFFICES OF ROGER S. MACKEY
      14008 Park East Circle
      Chantilly, VA 20151
      *Attorneys for Defendant RTKL Associates, Inc.*

      Joseph S. Ferretti, Esq.
      JORDAN COYNE & SAVITS, LLP
      1100 Connecticut Avenue, NW
      Suite 600
      Washington, DC 20036
      *Attorneys for Defendant Gilbane Building Company*

                                                **/s/ Craig D. Miller**
                                                    Craig D. Miller

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN BALL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:06CV00059 (RMU) |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

UPON CONSIDERATION of the Plaintiff's Partial Consent Motion to Waive Personal Appearance at Mediation, it is this ___ day of _____, 2007, by the United States District Court for the District of Columbia,

ORDERED, that the above Motion be, and hereby is, GRANTED; and it is further,

ORDERED, that Plaintiff be, and hereby is, excused from personally attending the February 6, 2007 Mediation and that Plaintiff's attorney may act on his behalf.

_____
Judge, United States District Court for the
District of Columbia