IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN BALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:06CV00059 |
| v. ) | Judge Richard M. Urbina |
| ) | Personal Injury/Malpractice |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT RTKL ASSOCIATES, INC.'S ANSWER TO GILBANE BUILDING COMPANY'S CROSS CLAIM

COMES NOW, the Defendant, RTKL Associates, Inc., by and through its Counsel, The Law Offices of Roger S. Mackey and Harry J. Carleton, Esq., and in Answer to the Cross Claim filed by Gilbane Building Company, in the above-referenced matter states as follows:

### ANSWER TO THE CROSS-CLAIM

1. With respect to paragraph 1 of the Cross Claim, this Defendant admits the allegations contained therein.

2. This Defendant denies the allegations contained in paragraphs 2, 3, 5 and 7 of the Cross Claim and demands strict proof thereof.

3. With respect to paragraphs 4 and 6 of the Cross Claim, this Defendant reasserts the aforementioned responses and incorporates same here as if specifically replead.

4. This Defendant generally denies all allegations of negligence and/or wrongdoing.

ANY ALLEGATIONS not previously addressed are hereby denied.

This Defendant reserves the right to assert the following defenses should further investigation or discovery disclose a basis therefore:

### FIRST DEFENSE

The Doctrine Of Assumption Of Risk

### SECOND DEFENSE

The Doctrine Of Contributory Negligence

### THIRD DEFENSE

That the cause of action plead by the Plaintiff in the Complaint and the Cross Claim Plaintiff in the Cross Claim fails to state a claim upon which relief can be granted.

### FOURTH DEFENSE

That the Plaintiff's and therefore the Cross Claim Plaintiff's injuries, if any, were caused by the negligence of a person not a party to this suit nor over whom this Defendant exercised any control.

### FIFTH DEFENSE

That the Plaintiff and Cross Claim Plaintiff were not injured to the extent alleged in the Complaint and the Cross Claim.

## SIXTH DEFENSE

That this Defendant committed no acts of negligence or other violations of the standard of care.

## SEVENTH DEFENSE

Any negligence committed by this Defendant is not a proximate cause of the Plaintiff's or Cross Claim Plaintiff's injuries.

## EIGHTH DEFENSE

The Statute of Limitations

## NINTH DEFENSE

The Doctrine of Comparative Negligence

## TENTH DEFENSE

That this Defendant committed no acts of negligence or other violations of law.

## ELEVENTH DEFENSE

The Doctrine of Consent

## TWELFTH DEFENSE

The Doctrine of Justification

## THIRTEENTH DEFENSE

The Doctrine of Collateral Estoppel

## FOURTEENTH DEFENSE

The Doctrine of Res Judicata

## FIFTEENTH DEFENSE

The Doctrine of Intervening Negligence

## SIXTEENTH DEFENSE

Failure to meet a condition precedent to recovery.

## SEVENTEENTH DEFENSE

Failure to meet a condition precedent to contract.

### EIGHTEENTH DEFENSE

No Breach of Contract.

### NINETEENTH DEFENSE

Laches.

### TWENTIETH DEFENSE

Lack of Notice.

### TWENTY-FIRST DEFENSE

Immunity

This DEFENDANT reserves the right to rely on any other defenses that through further investigation or discovery may become known during the course of this action as well as reserve the right to delete any defenses previously raised herein or amend any responses to allegations made herein should further investigation or discovery demonstrate that there is no basis for such defense or response to such allegation.

WHEREFORE, the aforementioned premises considered, this Defendant respectfully requests that the Cross Claim be dismissed with prejudice, that costs be assessed and for further relief that this Court deems just.

Respectfully submitted,

RTKL Associates, Inc.
By Counsel

-5-

LAW OFFICES OF ROGER S. MACKEY

By: _____/s/ Harry J. Carleton_____
Harry J. Carleton, Esquire
14008 Park East Circle
Chantilly, Virginia 20151
D.C. Bar No. 426964
(703) 818-6943
**Counsel for Defendant, RTKL Associates, Inc.**

CERTIFICATE OF SERVICE

I hereby certify a true copy of <u>ANSWER TO GILBANE BUILDING COMPANY'S CROSS CLAIM</u>, was mailed, postage prepaid, this 7th day of February, 2007 to:

Craig Douglas Miller, Esquire
c/o Simeone & Miller
1717 K Street, NW, Suite 100
Washington, DC 20036
**Attorney for Plaintiff**

Heather D. Graham-Oliver, Esquire
Assistant United States Attorney
Kenneth L. Wainstein, Esquire
R. Craig Lawrence, Esquire
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W., Room 10-818
Washington, DC 20530
Kenneth L. Wainstein
DC Bar #: 451058
R. Craig Lawrence
DC Bar #: 171538
**Counsel for United States of America**

-6-

James Todd Wasserman, Esquire
c/o Semmes, Bowen & Semmes
250 West Pratt Street, Suite 16
Baltimore, MD 21201
**Attorneys for Centex Construction, LLC**

Robert E. Scott, Jr., Esquire
c/o Semmes, Bowen & Semmes
250 West Pratt Street, 16th Floor
Baltimore, MD 21201
**Attorney for Centex Construction, LLC**

Joseph S. Ferretti, Esquire
Jordan Coyne & Savits, LLP
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036
**Attorney for Gilbane Building Company**

                                                                                      __/s/ Harry J. Carleton_____
                                                                                      Harry J. Carleton, Esq.

Nn:0819559/1113444.doc                              cross claim answer to Gilbane