IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEPHEN BALL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: 1:06-cv-00059 (RMU) |
| | : | |
| UNITED STATES OF AMERICA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Stephen Ball, and Defendants, United States of America, Centex Construction, LLC, Gilbane Building Company, and RTKL Associates, Inc. (named in the Plaintiff's Complaint as "RTKL D.C. Associates, P.C."), pursuant to Federal Rule of Civil Procedure 41(a), hereby agree to the dismissal of the above-captioned action, WITH PREJUDICE, including all claims by Plaintiff against these Defendants and all Cross-Claims, each party to bear its own costs.

Dated:  August 29, 2007

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| Craig D. Miller, #459784 | Heather Graham-Oliver, Esq. |
| SIMEONE & MILLER, LLP | Assistant U.S. Attorney |
| 1717 K Street, NW | Civil Division |
| Suite 1000 | 555 Fourth Street, NW |
| Washington, DC 20036 | Washington, DC 20530 |
| (202) 628-3050 | (202) 305-1334 |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |
| | *United States of America* |

    /s/                                                                     /s/

| | |
|---|---|
| Joseph S. Ferretti  #485996 | Jason T. Wasserman, Esq., #495991 |
| JORDAN COYNE & SAVITS, L.L.P. | SEMMES, BOWEN & SEMMES |
| 1100 Connecticut Avenue, NW | 250 W. Pratt Street |
| Suite 600 | 16th Floor |
| Washington, DC  20036 | Baltimore, MD 21201 |
| (202) 496-2818 | (410) 539-5040 |
| *Attorneys for Defendant* | *Attorneys for Defendant* |
|   *Gilbane Building Company* |   *Centex Construction, LLC* |

    /s/

Harry J. Carleton, Esq., #426964
LAW OFFICES OF ROGER S. MACKEY
14008 Park East Circle
Chantilly, VA 20151
(703) 818-6943
*Attorneys for Defendant*
  *RTKL Associates, Inc.*